UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRODUCTS BY KENDALL, INC.,

    Plaintiff,

v.                                                    Case No:  2:13-cv-330-FtM-38UAM

DRI-DEK CORPORATION, et al.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court on Plaintiff's Stipulation for Dismissal with Prejudice (Doc. # 16), filed on June 21, 2013.  All parties who have appeared in the action have signed the stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, it is now **ORDERED:**

The Stipulation for Dismissal with Prejudice (Doc. # 16) is **GRANTED**.

(1) The case is hereby **dismissed with prejudice**, with each party to bear its own attorneys' fees and costs.

(2) The Clerk is directed to enter judgment accordingly, to terminate any previously scheduled deadlines and pending motions, and to **CLOSE** the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record